```
ED DUNLAVEY
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: 209-372-0243
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES GOVERNMENT, | ) | CASE NUMBER:6:09-mj-0257-YNP |
| | ) | |
| Plaintiff | ) | |
| | ) | Stipulation to Continue |
| vs. | ) | Status Conference; and |
| | ) | Order Thereon |
| | ) | |
| TERESA J. TAVIS, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, acting Legal Officer for the National Park Service and Defendant, Teresa J. Tavis, and her Attorney of record, Jeremy Kroger, that the status conference in the above-captioned matter currently scheduled for January 5,2009, be continued until January 19, 2009.

Dated: December 31, 2009         By: /S/ Susan St. Vincent
                                      SUSAN ST. VINCENT
                                      Acting Legal Officer for
                                      National Park Service


Dated: January 4, 2010           By: /s/Jeremy Kroger
                                      JEREMY KROGER
                                      Attorney for Defendant
                                      TERESA J. TAVIS

**\* \* \* ORDER \* \* \***

The Court, having reviewed the above request for a continuance of the status conference currently set for January 5, 2010 until January 19, 2010, HEREBY ORDERS AS FOLLOWS:

1. The status conference in the matter of U.S. v. Tavis, shall be continued to January 19, 2010.

IT IS SO ORDERED.

Dated:  **January 4, 2010**               **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE